**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

---

**KATHLEEN F. HASENFUS,**

Plaintiff,

v.

**ST. JUDE MEDICAL, INC.**,

Defendant.

Civil No. 01-0934 JRT
01-MD-1396 JRT/FLN

**ORDER OF DISMISSAL**

---

James T. Capretz, **CAPRETZ & ASSOCIATES**, 5000 Birch Street, Suite 2500, Newport Beach, California 92660, for plaintiff.

Thomas P. Schwaba, **WILSON SCHWABA & SPANGEN**, Post Office Box 215, Menominee, Michigan 49858, for defendant.

The Court having been advised that the above action has settled,

IT IS HEREBY ORDERED that this action is dismissed with prejudice, the Court retaining jurisdiction for sixty days to permit any party to move or reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

DATED: March 31, 2005
at Minneapolis, Minnesota.

s/John R. Tunheim
JOHN R. TUNHEIM
United States District Judge